**Lisa VARALLI and Anthony Varalli, Appellants**

v.

**Oh Joon KWON and Dennis Kwon, Appellees.**

Supreme Court of Pennsylvania.

Argued Jan. 29,1997.

Decided Aug. 19, 1997.

Randolph C. Smith, and John K. Weston, Philadelphia, for Appellants.

Andrew L. Riemenschneider, and Michael Saltzburg, Philadelphia, for Appellees.

667 A.2d 215 (1995), *reversed on separate grounds* 547 Pa. 137, 689 A.2d 211 (1997); *Commonwealth v. Price*, 420 Pa.Super. 256, 616 A.2d 681 (1992)

*ORDER*

PER CURIAM

AND NOW, this 19th day of August, 1997, we dismiss this appeal as having been improvidently granted.